UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23295-CIV-ALTONAGA/Goodman

**VICTOR ARIZA**,

 Plaintiff,
v.

**COTTON NATURAL, LLC**,

 Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On August 7, 2020, Plaintiff, Victor Ariza, filed a Complaint [ECF No. 1] against Defendant, Cotton Natural, LLC. Defendant was served on August 31, 2020. (*See* Return of Service [ECF No. 5]). To date, Defendant has not answered or otherwise responded to the Complaint, and the deadline to do so has passed. Accordingly, it is

**ORDERED** that Plaintiff, Victor Ariza, shall submit a *motion for entry of clerk's default* against Defendant, Cotton Natural, LLC, no later than **September 25, 2020**, that includes a certificate of service indicating notice was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file the *motion for entry of clerk's default* within the specified time may result in **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of September, 2020.

          _____
          **CECILIA M. ALTONAGA**
          UNITED STATES DISTRICT JUDGE

cc: counsel of record