UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:20-CV-23295-CMA

**VICTOR ARIZA**,

    Plaintiff,

vs.

**COTTON NATURAL, LLC,**
**a Florida limited liability company,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings for twenty (20) days for the parties to complete the settlement paperwork and file a stipulation of dismissal with prejudice.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By___*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Bernard Egozi, Esq.
EGOZI & BENNETT, P.A.
2999 NE 191st Street
Aventura View, Suite 407
Aventura, FL  33180
begozi@egozilaw.com

*Attorneys for Defendant*
*COTTON NATURAL LLC*

                                      /s/ *Roderick V. Hannah*
                                        Roderick V. Hannah