UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:20-CV-23295-CMA

**VICTOR ARIZA**,

      Plaintiff,

vs.

**COTTON NATURAL, LLC,**
**a Florida limited liability company,**

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*.

Dated:  January 18, 2021

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By    *s/ Roderick V. Hannah*       | By    *s/ Pelayo M. Duran*        |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Bernard Egozi, Esq.
EGOZI & BENNETT, P.A.
2999 NE 191st Street
Aventura View, Suite 407
Aventura, FL  33180
begozi@egozilaw.com

*Attorneys for Defendant*
*COTTON NATURAL LLC*

                                             /s/ *Roderick V. Hannah*
                                              Roderick V. Hannah